# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:23-cv-00096-MEMF-(KESx)  Date January 25, 2023

Title: Xingfei Luo v. Todd Spitzer, et al.

Present: The Honorable Maame Ewusi-Mensah Frimpong, U.S. District Judge

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated 01/23/2023 [7].

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6.

☐ Entered _____.

Initials of Preparer   kd